ROBERT BURKART, an Infant, by CHARLES W. BURKART, His Guardian ad Litem, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 42034.) CHARLES W. BURKART, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 42035.) JOSEPHINE PAYETTE, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 42036.) VICTOR PAYETTE, an Infant, by JOSEPHINE PAYETTE, His Guardian ad Litem, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 42037.) — GABRIELLI, J.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gabrielli, J. [50 Misc 2d 912.]